IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

FREDERICK J. BRANDT,

    Plaintiff,                                   JUDGMENT IN A CIVIL CASE

v.                                                    Case No. 12-cv-417-wmc

JUDGE DOUGLAS T. FOX,
STEPHEN D. WILLETT,
KATHLEEN ANN BRANDT,
PRICE COUNTY, TAYLOR COUNTY and
ALIS A. FOX,

    Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice.


    /s/                                                           12/26/2013

Peter Oppeneer, Clerk of Court                         Date